UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PORTS,<br><br>        Plaintiff,<br><br>    v.<br><br>CUSHMAN & WAKEFIELD OF CALIFORNIA, INC., et al.,<br><br>        Defendants. | Case No.  23-cv-02218-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Jon S. Tigar for consideration of whether the case is related to *Conriquez v. Cushman & Wakefield U.S., Inc. et al*, No. CV 4:22-cv-02734-JST.

      **IT IS SO ORDERED.**

Dated: 8/17/2023

_____
VINCE CHHABRIA
United States District Judge